UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOVIK SAYADI,<br><br>  Plaintiff,<br><br>  v.<br><br>FINANCIAL RECOVERY SERVICES, INC.,<br><br>  Defendant. | Case No. 21-cv-06738-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 29 |

The parties having advised that they have settled this matter, all previously scheduled deadlines are stayed and appearances are vacated.

On or before **April 25, 2022**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1).

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on **May 3, 2022 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **April 26, 2022** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically

vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: February 25, 2022

VIRGINIA K. DEMARCHI
United States Magistrate Judge